Dudley Harde and Others, Appellants, v. Edward Gould, Alias "M. Gould," Defendant, Impleaded with Minnie Gould, Alias "M. Gould," Also Known as "Minnie Stengel," Respondent.— Order modified and motion granted upon the execution and filing of a bond in the sum of nine thousand dollars to secure the payment of any judgment recovered against either or both of the defendants; otherwise denied, and as so modified affirmed, with ten dollars costs and dis-

bursements to the appellants. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.